1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES JOHNSON,

11              Plaintiff,                    No. CIV S-11-0854 EFB P

12        vs.

13   GOODRICH, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.

18        Plaintiff alleges a violation of his civil rights in Kern County, California.  Kern County is

19   in the Fresno Division of this court and the action should have been commenced there.  *See*

20   Local Rule 120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma*

21   *pauperis*.

22        Accordingly, it is hereby orderd that:

23        1.  This action is transferred to the Fresno Division.

24        2.  The Clerk of Court shall assign a new case number.

25   ////

26   ////

1

1       3.  All future filings shall bear the new case number and shall be filed at:

2            United States District Court
        Eastern District of California

3            2500 Tulare Street
        Fresno, CA 93721

4

5    DATED:  April 12, 2011.

6                              EDMUND F. BRENNAN

7                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26